NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  reyesf@earthlink.net

Attorney for Defendant
JUAN ANGEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-148-LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JUAN ANGEL LOPEZ, | |
| Defendant. | |

    Defendant, JUAN ANGEL LOPEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, BRIAN DELANEY, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, December 22, 2014, at 8:30 a.m. be continued to Monday, February 23, 2015 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

    This stipulation is based on good cause since all parties are still awaiting drug analysis from DEA and require time to resolve sentencing issues.

**IT IS SO STIPULATED**

                                                         Respectfully submitted,

Dated: 12-10-14                     /s/ Nicholas F. Reyes
                                        NICHOLAS F. REYES
                                        Attorney for Defendant

1 **IT IS SO STIPULATED**

3 Dated: 12-10-14                                         /s/ Brian Delaney
                                                         BRIAN DELANEY
                                                         Assistant U.S. Attorney

6 IT IS SO ORDERED.

7 Dated:   **December 10, 2014**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE

2