1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  reyesf@earthlink.net

5  Attorney for Defendant
   JUAN ANGEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-148-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JUAN ANGEL LOPEZ, | |
| Defendant. | |

Defendant, JUAN ANGEL LOPEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, BRIAN DELANEY, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, February 23, 2015, at 8:30 a.m. be continued to Monday, April 13, 2015 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

//

//

//

//

1

This stipulation is based on good cause since all parties are still awaiting drug analysis from DEA and require time to resolve sentencing issues. The delay in the final drug analysis is due to a year end move by the DEA to a new laboratory which resulted in a considerable delay in their processing the drug submissions

**IT IS SO STIPULATED**

                                                  Respectfully submitted,

Dated: 02-18-15                    /s/ Nicholas F. Reyes
                                        NICHOLAS F. REYES
                                        Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 02-18-15                    /s/ Brian Delaney
                                        BRIAN DELANEY
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:  **February 18, 2015**        **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE